UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v | |
| TOMAS VALDEZ | No. 15-227 |

RECEIVED
NOV 3 0 2015
AT 8:30_____M
WILLIAM T. WALSH
CLERK

IT IS on this 25th day of November, 2015,

ORDERED that the surrender date previously set is amended to allow the defendant to remain on release status until January 8, 2016 at noon when he must surrender to the facility designated by the United States Bureau of Prisons.

IT IS FURTHER ORDERED that the other previous conditions of release remain in effect.

HONORABLE ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE